UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-81150 |
| | ) | |
| MICHAEL L. GARDNER | ) | Chapter: 13 |
| CHRISTINE D. GARDNER | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF DISMISSAL

THIS MATTER coming before the Court on the Objection to Confirmation filed 7/10/2018 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that confirmation is denied and that this case be and the same is hereby dismissed.

Enter:

Dated: **JUL 19 2018**

*[signature]*
United States Bankruptcy Judge

**Prepared by:**
LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368

Rev: 20130104_bko